UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MATTHEW GUILLEN,<br><br>              Plaintiff,<br><br>     v.<br><br>TYLER SCHLEICHER, et al.,<br><br>              Defendants. | No. 1:23-cv-01679-GSA (PC)<br><br>ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS<br><br>PLAINTIFF'S SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS DUE **JANUARY 4, 2024** |

     Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  ECF Nos. 1, 2.  However, Plaintiff's application to proceed in forma pauperis is deficient in that it is incomplete and does not include his required original signature.  See ECF No. 2.  Each document submitted for filing must include the original signature of the filing party or parties.  See Local Rule 131(b); Fed. R. Civ. P. 11(a).

     Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff shall re-submit the enclosed application to proceed in forma pauperis, in its entirety with his original signature, or in the alternative, pay the $405.00 filing fee

for this action.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated:   **December 5, 2023**                         **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE