UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MATTHEW GUILLEN, | No. 1:23-cv-01679 GSA (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY COURT ORDER |
| v. | |
| TYLER SCHLEICHER, et al., | (ECF No. 4) |
| Defendants. | PLAINTIFF'S RESPONSE TO THE SHOWING OF CAUSE OR, IN THE ALTERNATIVE, HIS FILING OF AN IN FORMA PAUPERIS APPLICATION OR PAYMENT OF FILING FEE IN FULL IS DUE **MARCH 1, 2024** |

  Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On December 6, 2024, Plaintiff was ordered either to submit a signed application to proceed in forma pauperis or to pay the filing fee in full. ECF No. 4. He was given thirty days to do so. See id.

  More than thirty days has now passed and Plaintiff has neither complied with the Court's order nor requested an extension of time to do so. Therefore, Plaintiff will be ordered to show cause why this matter should not be dismissed. Plaintiff will be given thirty days to file the

1

showing of cause.  In the alternative, Plaintiff may either file a properly completed and signed in forma pauperis application, or pay the filing fee in full within the same thirty-day period.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause why this matter should not be dismissed for failure to obey a court order;

2. Plaintiff's showing of cause shall be filed no later than **March 1, 2024**, and

3. As an alternative to filing the showing of cause, Plaintiff may either file a properly completed application to proceed in forma pauperis or pay the filing fee in full by **March 1, 2024**.

**Plaintiff is informed that absent exigent circumstances, a request for an extension of time to comply with this order will not be granted.**

IT IS SO ORDERED.

Dated:   **January 31, 2024**                              **/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE